UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>               Plaintiff,<br><br>-against-<br><br>ANTONIO PAGAN,<br><br>               Defendant. | No. 15 Cr. 658 (LAP)<br><br>ORDER |

LORETTA A. PRESKA, Senior United States District Judge:

The Court is in receipt of the letter filed by Defendant Antonio Pagan dated April 3, 2020 addressed to the Bureau of Prisons ("BOP") requesting his release to home confinement pursuant to 18 U.S.C. Section 3624(c)(2), (dkt. no. 53), as well as the Government's response to that letter, (dkt. no. 54). Because 18 U.S.C. Section 3624(c)(2) vests sole authority for placing inmates in home confinement with the BOP, the Court is without authority to rule on Mr. Pagan's request. The Clerk of Court shall terminate the motion.

**SO ORDERED.**

Dated:    New York, New York
           April 9, 2020

*Loretta A. Preska*
_____
LORETTA A. PRESKA
Senior United States District Judge

1